**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

23 CRIM 173

UNITED STATES OF AMERICA,

-against-

GUILLERMO ARAUJO,
a/k/a "Jun"

Defendant.

23 CRIM 173

23-cr-_____-JLR

**SEALED ORDER**

JENNIFER L. ROCHON, United States District Judge:

It is hereby ORDERED, that the defendant is hereby remanded to the custody of the United States Marshal.

Dated: March 30, 2023
    New York, New York

SO ORDERED.

*[signature]*
JENNIFER L. ROCHON
United States District Judge