USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,  :
:
:
    -v.-                   :
                           :        23-CR-173 (VEC)
GUILLERMO ARAUJO,          :
                           :        ORDER
           Defendant.      :

------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 20, 2025, the Court unsealed this matter along with certain other documents, including the Information;

WHEREAS Probation's October 18, 2024 Report charged Defendant with ten violations of supervised release;

WHEREAS Probation's March 17, 2025 Report charged Defendant with three additional violations of supervised release; and

WHEREAS Defendant appeared before the Court for a conference (the "Conference") on March 20, 2025.

IT IS HEREBY ORDERED that a hearing on the charged violations of supervised release is scheduled for **April 23, 2025** at **10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS FURTHER ORDERED that the parties must submit a joint letter by no later than **April 11, 2025**, indicating whether either side anticipates calling live witnesses at the hearing and, if so, identify the witness and provide a short summary of the witness's anticipated

testimony. If the government is calling a live witness, the 3500 material should be produced to the Defendant and the Court by **April 11, 2025**.

IT IS FURTHER ORDERED that for the reasons stated at the Conference, the Court sees no reason why this case should remain sealed with delayed docketing. The Government is ordered to file a letter by no later than **March 28, 2025**, proposing which docket entries, if any, should remain sealed and which should be unsealed but redacted.

**SO ORDERED.**

Date:  March 20, 2025
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**