**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X

UNITED STATES OF AMERICA           :

 - v. -                            :

GUILLERMO ARAUJO,                  :
    a/k/a "Jun",
                                   :
            Defendant.
------------------------------------ X

23 CRIM 173

SEALED ORDER

23 Cr. ___ (JLR)

23 CRIM 173

  WHEREAS, an application has been made by the United States of America, with defendant Guillermo Araujo's consent, for the temporary sealing of filings and other docket entries in the above-captioned case, and the captioning of the case as <u>United States</u> v. <u>John Doe</u> in the public docket;

  WHEREAS, the Court finds that the defendant's safety may be placed at risk and active law enforcement investigations may be compromised if the Government's application is not granted;

  IT IS HEREBY ORDERED that filings in the above-captioned case be filed under seal, and the case shall be captioned as <u>United States</u> v. <u>John Doe</u> in the public docket, until further order by this Court;

  IT IS FURTHER ORDERED that no docket entries shall be made in the above-captioned matter until further Order by this Court; and

  IT IS FURTHER ORDERED that counsel for the defendant and the Government may be provided a copy of the transcript of proceedings in this matter without further Order of the Court; and

IT IS FINALLY ORDERED that the Government shall report to the Court on or before six months after execution of this Order regarding the continuing need, if any, to maintain these matters under seal.

SO ORDERED:

Dated:   New York, New York
         March 3𝟎, 2023

*[signature]*

THE HONORABLE JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK