```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :      SEALED ORDER


       - v. -                    :      23 MAG 172 (JRL)

GUILERMO ARAUJO,
                                 :

       Defendant.                :
- - - - - - - - - - - - - - - - - -x
```

  Upon the application of Damian Williams, United States Attorney, by Ni Qian, Assistant United States Attorney, made to this Court by affirmation dated April 3, 2023, and pursuant to the All Writs Act, 28 U.S.C. § 1651, it is hereby

  ORDERED that:

  1. The Warden of the Essex Correctional Facility in Newark, New Jersey ("Essex"), and the United States Marshals Service for the Southern District of New York (the "Marshal"), allow special agents of the Federal Bureau of Investigation ("FBI"), to remove **GUILLERMO ARAUJO, BOP Register # 90963-054** from Essex, and to return him to Essex the same day he is removed, on various dates to be determined between April 4, 2023, and July 1, 2023.

  2. The agents of FBI shall keep **Araujo** in their custody and shall be responsible for the safekeeping and welfare of him during the periods in which they have custody of him; and

  3. This Order and the supporting Affirmation be sealed, except that copies of this Order may be served on the

Warden of MDC and the Marshal, to the extent necessary to carry out this Order.

Dated:   New York, New York
         April 4, 2023

                                    _____
                                    UNITED STATES DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK