```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
   UNITED STATES OF AMERICA,           :
                                       :
                                       :
              -v.-                     :
                                       :    23-CR-173 (VEC)
   GUILLERMO ARAUJO,                   :
                                       :    ORDER
                         Defendant.    :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/25

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 8, 2025, the Court received a letter from the Defendant; and

WHEREAS it is not clear whether Defendant intended for the letter to be shared with the Government.

IT IS HEREBY ORDERED that the letter will be filed under seal and ex parte.

IT IS FURTHER ORDERED that defense counsel is directed to speak with his client and file a letter indicating whether Defendant wants the letter to be part of the record for his violation of supervised release.

**SO ORDERED.**

**Date:  April 8, 2025**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**