USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/6/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,

-v.-

GUILLERMO ARAUJO,

                                Defendant.

------------------------------------------------------------ X

23-CR-173 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 6, 2025, the Court held an evidentiary hearing based on Probation's Violation of Supervised Release Report;

WHEREAS Defendant admitted to specifications 1-2, 3, 5, 9-11, 12-13, although he contested knowing that the knife he possessed constituted a violation of the terms of supervised release; and

WHEREAS there was a hearing as to specifications 4, and 6-8, and the knife was placed into evidence.

IT IS HEREBY ORDERED that Defendant's sentencing is scheduled for June 25, 2025 at 3:30 P.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

      IT IS FURTHER ORDERED that the government's sentencing submission must be filed by no later than May 30, 2025 and must address, in addition to the topics discussed at the hearing, the mens rea requirement for specification 13.  Defendant's submission must be filed by June 13, 2025.

**SO ORDERED.**

Date:  **May 6, 2025**
       **New York, NY**

                **VALERIE CAPRONI**
                **United States District Judge**