**MEMO ENDORSED**

| | | |
|---|---|---|
| **JOHN L. RUSSO**<br>ATTORNEY AT LAW<br><br>**COUNSEL**<br>Milton Florez, Esq.<br>Michael Horn, Esq. | **J.L. Russo, P.C.**<br>31 · 19 Newtown Avenue, Suite 500<br>Astoria, New York 11102<br>Tel:  718 · 777 · 1277<br>Fax:  718 · 204 · 2310<br>Email:  *JLRussoPC@Gmail.com* | **PARALEGAL**<br>Maria Nunez, B.S. |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/25

June 17, 2025

**VIA ECF**
Honorable Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square
 New York, New York 10007

      Re:    United States v. Guillermo Araujo
              Case No.: 23-CR-173(VEC)

Dear Judge Caproni:

    This office represents Guillermo Araujo, the defendant in the above referenced matter which is scheduled for sentencing on June 25, 2025 at 3:30 p.m. I am currently on trial in Queens County before Justice Kirschner as is AUSA Heavy in SDNY.   I have obtained the consent of the Government and we request a two week adjournment of scheduling in the instant matter.

    As the Government is aware, there is video evidence of the Government's "victim" witness, Yocania Rosario arriving at the home of my client's Son and his Mother and assaulting the Mom just a few hours after leaving the witness stand. She was arrested and was then subsequently arrested again, on another matter in Maryland.  It is our intention to provide this evidence to the Court for its consideration.

    I have advised the Government of this issue and respectfully request the Court's consideration hereof.  Thank you.

                                               Respectfully submitted,

                                               *John Russo*

                                             John L. Russo (6200)
                                             J.L. Russo, P.C.
                                             Attorney for Guillermo Araujo
                                             31-19 Newtown Ave., Suite 500
                                             Astoria, NY 11102
                                             (718)777-1277

JLR:mn
Cc: AUSA Ni Qian (Via ECF)
    AUSA Courtney Heavy (Via ECF)

---

Application GRANTED. Mr. Araujo's sentencing, which is currently scheduled for June 25, 2025 at 3:30 P.M. is ADJOURNED to July 8, 2025 at 10:45 A.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. Defendant's submission must be filed by June 27, 2025.

SO ORDERED.

6/17/25

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE